PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
W-93-CR-010 (02)

**DOCKET NUMBER** *(Rec. Court)*
2:06CR42-F
CR. MISC. NO. 99S

RECEIVED
2006 JAN 18 P 2:53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thelma Cosby<br>Montgomery, Alabama 36116 | Western District of Texas | Waco |

**NAME OF SENTENCING JUDGE**
The Honorable Walter S. Smith, Jr.

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/01/2005 | 10/31/2008 |

**OFFENSE**

Possession with Intent to Distribute "Crack" Cocaine

FILED
JAN 30 2006
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Western_____ DISTRICT OF _____Texas_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Middle District of Alabama_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____1/3/06_____
Date

_____[signature]_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____Middle_____ DISTRICT OF _____Alabama_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____20 January 2006_____
Effective Date

_____[signature]_____
United States District Judge