Proceedings include all events.                                    CLOSED
6:93cr10-2    USA v. Mims, et al                                   CLOSED

```
               U.S. District Court
            Western District of Texas (Waco)

         CRIMINAL DOCKET FOR CASE #: 93-CR-10-2
```

USA v. Mims, et al                                    Filed: 02/01/93
Case Assigned to: Honorable Walter S. Smith

THELMA COSBY            Stanley L. Schwieger
    defendant           [COR LD NTC cja]
                        P.O. Box 975
                        Waco, TX 76703-0975
                        (817) 752-5678

                        Thelma Cosby
                        [COR LD NTC pse]  [PRO SE]
                        #60729-080
                        FPC Carswell
                        P.O. Box 27137
                        Fort Worth, TX 76127

Pending Counts:                         Disposition

21:841 NARCOTICS-SELL,                  Defendant is hereby committed
DISTRIBUTE, OR DISPENSE -               to the custody of the U.S.
Possession With Intent to               Bureau of Prisons to be
Distribute "Crack" Cocaine              imprisoned for a term of ONE
(2)                                     HUNDRED SIXTY-EIGHT (168)
                                        MONTHS.  Upon release from
                                        imprisonment, the defendant
                                        shall be on supervised release
                                        for a term of THREE (3) YEARS.
                                        The defendant shall pay a
                                        fine of $1,800.00 and a special
                                        assessment of $50.00.
                                        (2)

Offense Level (opening): 4

Terminated Counts:                      Disposition

21:846 CONTROLLED SUB-SELL,             Count 1 Dismissed on Motion by
DISTRIBUTE,OR DISPENSE -                the Government
Conspiracy to Possess With              (1)
Intent to Distribute and to
Distribute "Crack" Cocaine
(1)

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court.
By: _____
                Deputy

```
Docket as of July 5, 1998 3:24 am                    Page 2

Proceedings include all events.
6:93cr10-2    USA v. Mims, et al                            CLOSED

Offense Level (disposition): 4



Complaints:

   NONE


U. S. Attorneys:

   Mark Frazier
   [COR LD NTC]
   U.S. Attorney's Office
   P.O. Box 828
   Waco, TX 76703
   (817) 750-1580
```

```
Docket as of July 5, 1998 3:24 am                         Page 3

Proceedings include all events.
6:93cr10-2    USA v. Mims, et al                              CLOSED
```

| Date | # | Entry |
|---|---|---|
| 1/12/93 | 1 | Sealed Indictment filed against Willie Floyd Mims (1) count(s) 1, 2, Thelma Cosby (2) count(s) 1, 2, Christopher Edward Mims (3) count(s) 1, 2 (csw) [Entry date 02/03/93] |
| 1/12/93 | 3 | Order Bench warrant issued for Thelma Cosby. Amount of Bail - NO BOND. (csw) [Entry date 02/03/93] |
| 1/12/93 | -- | Bench warrant issued for Thelma Cosby (csw) [Entry date 02/03/93] |
| 2/1/93 | -- | Indictment unsealed as to Willie Floyd Mims Jr., Thelma Cosby, Christopher Edward Mims (csw) [Entry date 02/03/93] |
| 9/2/93 | -- | Arrest of Thelma Cosby (csw) [Entry date 09/07/93] |
| 9/3/93 | -- | Defendant(s) Thelma Cosby first appearance held before State District Judge George Allen. Defendant informed of rights. (csw) [Entry date 09/07/93] |
| 9/8/93 | -- | Defendant Thelma Cosby's First Appearance held before a U.S. District Judge. Bond is set at NO BOND. (csw) [Entry date 09/08/93] |
| 9/8/93 | 43 | Motion by USA as to Thelma Cosby for detention hearing (csw) [Entry date 09/08/93] |
| 9/8/93 | 44 | Order granting motion for detention hearing [43-1] as to Thelma Cosby (2) (csw) [Entry date 09/08/93] |
| 9/8/93 | 45 | Order of Temporary Detention as to Thelma Cosby; Bond set to NO BOND, setting Detention hearing for 10:00 9/13/93 (csw) [Entry date 09/08/93] |
| 9/8/93 | 46 | Filed CJA Form #20 copy #5 as to Thelma Cosby appointing Stanley L. Schwieger (csw) [Entry date 09/08/93] |
| 9/8/93 | -- | Arraignment set at 10:00 9/13/93 for Thelma Cosby (csw) [Entry date 09/08/93] |
| 9/13/93 | -- | Arraignment as to Thelma Cosby held (csw) [Entry date 09/13/93] |
| 9/13/93 | -- | Plea of not guilty entered as to Thelma Cosby (csw) [Entry date 09/13/93] |
| 9/13/93 | -- | Defendant(s) Thelma Cosby appears with counsel (csw) [Entry date 09/13/93] |
| 9/13/93 | -- | Detention hearing for Thelma Cosby held. The Judge stated that he will enter an Order of Detention Pending Trial. The defendant was remanded to the custody of the U.S. Marshal. (csw) [Entry date 09/13/93] |

```
Docket as of July 5, 1998 3:24 am                    Page 4
Proceedings include all events.
6:93cr10-2    USA v. Mims, et al                                CLOSED
```

| Date | # | Entry |
|---|---|---|
| 9/13/93 | 48 | Request by counsel for Thelma Cosby to examine prospective jurors (csw) [Entry date 09/13/93] |
| 9/13/93 | 49 | Motion by Thelma Cosby for disclosure of electronic or other surveillance (csw) [Entry date 09/13/93] |
| 9/13/93 | 50 | Memorandum of Law by Thelma Cosby in support of motion for disclosure of electronic or other surveillance [49-1] (csw) [Entry date 09/13/93] |
| 9/13/93 | 51 | Motion by Thelma Cosby for leave to file additional pretrial motions after deadline (csw) [Entry date 09/13/93] |
| 9/13/93 | 52 | Motion by Thelma Cosby for discovery and inspection (with memorandum of authorities) (csw) [Entry date 09/13/93] |
| 9/13/93 | 53 | Motion by Thelma Cosby for investigative assistance in indigent case (csw) [Entry date 09/13/93] |
| 9/13/93 | 54 | Motion by Thelma Cosby in limine (csw) [Entry date 09/13/93] |
| 9/13/93 | 55 | Motion by Thelma Cosby for disclosure of impeaching evidence (csw) [Entry date 09/13/93] |
| 9/13/93 | 56 | Memorandum by Thelma Cosby in support of motion for disclosure of impeaching evidence [55-1] (csw) [Entry date 09/13/93] |
| 9/13/93 | 57 | Motion by Thelma Cosby for disclosure of agreements between the Government and Government Witnesses (csw) [Entry date 09/13/93] |
| 9/13/93 | 58 | Memorandum by Thelma Cosby in support of motion for disclosure of agreements between the Government and Government Witnesses [57-1] (csw) [Entry date 09/13/93] |

Docket as of July 5, 1998 3:24 am                               Page 5

Proceedings include all events.
6:93cr10-2     USA v. Mims, et al                                CLOSED

| | | |
|---|---|---|
| 9/14/93 | 62 | Scheduling order as to Thelma Cosby setting; Motions hearing 10/8/93 at 1:00; Plea agreement to be submitted on or before 10/25/93; Should a plea agreement be reached, rearraignment will be held 10/28/93 at 1:00; Jury selection and trial set for 9:00 11/8/93; Motion Hearing set on motion for disclosure of agreements between the Government and Government Witnesses [57-1] for 1:00 on 10/8/93; Motion Hearing set on motion for disclosure of impeaching evidence [55-1] for 1:00 10/8/93, Motion Hearing set on motion in limine [54-1] for 1:00 10/8/93, Motion Hearing set on motion for investigative assistance in indigent case [53-1] for 1:00 10/8/93, Motion Hearing set on motion for discovery and inspection (with memorandum of authorities) [52-1] for 1:00 10/8/93 Motion Hearing set on motion for leave to file additional pretrial motions after deadline [51-1] for 1:00 10/8/93, Motion Hearing set on motion for disclosure of electronic or other surveillance [49-1] for 1:00 10/8/93, Motion Hearing set on motion to examine prospective jurors [48-1] for 1:00 10/8/93 (csw) [Entry date 09/15/93] |
| 9/14/93 | 63 | Order as to Thelma Cosby on Courtroom Decorum and Trial Procedures (csw) [Entry date 09/15/93] |
| 9/15/93 | 64 | Order of Detention Pending Trial: Bond reset to NO BOND for Thelma Cosby. (csw) [Entry date 09/15/93] |
| 9/21/93 | 69 | Bench warrant returned executed for Thelma Cosby on 9/2/93 (csw) [Entry date 09/21/93] |
| 9/23/93 | 70 | Motion by Thelma Cosby to extend plea bargain deadline (csw) [Entry date 09/23/93] |
| 9/23/93 | 71 | Response by USA to motion by Thelma Cosby: motion for discovery and inspection (with memorandum of authorities) [52-1] (csw) [Entry date 09/24/93] |
| 9/23/93 | 72 | Response by USA to motion by Thelma Cosby: motion for disclosure of impeaching evidence [55-1] (csw) [Entry date 09/24/93] |
| 9/23/93 | 73 | Response by USA to motion by Thelma Cosby: motion in limine [54-1] (csw) [Entry date 09/24/93] |
| 9/23/93 | 74 | Response by USA to motion by Thelma Cosby: motion for disclosure of electronic or other surveillance [49-1] (csw) [Entry date 09/24/93] |
| 9/23/93 | 75 | Response by USA to motion by Thelma Cosby: motion for investigative assistance in indigent case [53-1] (csw) [Entry date 09/24/93] |

Proceedings include all events.
6:93cr10-2    USA v. Mims, et al                                   CLOSED

| Date | No. | Entry |
|---|---|---|
| 9/23/93 | 76 | Response by USA to motion by Thelma Cosby: motion for disclosure of agreements between the Government and Government Witnesses [57-1] (csw) [Entry date 09/24/93] |
| 9/24/93 | 77 | Order denying motion to extend plea bargain deadline [70-1] as to Thelma Cosby (2) (csw) [Entry date 09/24/93] |
| 10/27/93 | 82 | Plea agreement filed as to Thelma Cosby (mc) [Entry date 10/28/93] |
| 10/27/93 | 83 | Factual Basis by USA as to Thelma Cosby (mc) [Entry date 10/28/93] |
| 10/28/93 | -- | Rearraignment as to Thelma Cosby held. Defendant informed of rights. Defendant continued in custody pending sentencing. (csw) [Entry date 10/28/93] |
| 10/28/93 | -- | Defendant enters plea of guilty Thelma Cosby (2) count(s) 2; Mooted motions: motion for disclosure of agreements between the Government and Government Witnesses [57-1], motion for disclosure of impeaching evidence [55-1], motion in limine [54-1], motion for investigative assistance in indigent case [53-1], motion for discovery and inspection (with memorandum of authorities) [52-1] motion for leave to file additional pretrial motions after deadline [51-1], motion for disclosure of electronic or other surveillance [49-1] motion to examine prospective jurors [48-1] (csw) [Entry date 10/28/93] |
| 10/28/93 | -- | Guilty plea accepted by the court as to Thelma Cosby (csw) [Entry date 10/28/93] |
| 10/28/93 | -- | Referred to Probation for Pre-Sentence Report as to Thelma Cosby (csw) [Entry date 10/28/93] |
| 11/3/93 | 84 | Order as to Thelma Cosby that all pre-trial motions be and are hereby DENIED as moot. (csw) [Entry date 11/03/93] |
| 12/1/93 | -- | Sentencing Thelma Cosby (2) count(s) 2 set at 9:00 12/20/93 (csw) [Entry date 12/02/93] |
| 12/2/93 | -- | Sentencing Thelma Cosby (2) count(s) 2 reset to 1:30 12/20/93 (csw) [Entry date 12/02/93] |
| 12/20/93 | -- | Sentencing held as to Thelma Cosby (2) count(s) 2. Statement of Defendant and Counsel heard. Objections to pre-sentence report heard. Defendant continued in custody. Defendant is hereby committed to the custody of the U.S. Bureau of Prisons to be imprisoned for a term of ONE HUNDRED SIXTY-EIGHT (168) MONTHS. Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS. The defendant shall pay a fine of $1,800.00 and a special assessment of $50.00. (mc) [Entry date 12/23/93] |

Case 2:06-cr-00042-MEF-SRW   Document 2   Filed 02/06/2006   Page 7 of 16

Docket as of July 5, 1998 3:24 am                Page 7
Proceedings include all events.
6:93cr10-2     USA v. Mims, et al                                    CLOSED

| Date | # | Entry |
|---|---|---|
| 12/20/93 | -- | Dismissed count on motion by the Government as to Thelma Cosby (2) count(s) 1 (mc) [Entry date 12/23/93] |
| 12/22/93 | 86 | SEALED DOCUMENT PLACED IN VAULT as to Thelma Cosby (mc) [Entry date 12/23/93] |
| 12/22/93 | 87 | Judgment and Commitment issued as to Thelma Cosby (2) count(s) 2 (mc) [Entry date 12/23/93] |
| 12/30/93 | 88 | Filed CJA Form # 20 copy #2 as to Thelma Cosby authorizing payment to Stanley L. Schwieger (csw) [Entry date 01/03/94] |
| 1/26/96 | 93 | Motion by Thelma Cosby to vacate under 28 U.S.C. 2255 (csw) [Entry date 01/29/96] |
| 1/26/96 | 94 | Order as to Thelma Cosby that Respondent shall serve its answer within sixty (60) days after the service of the Petitioner's Motion to Vacate, Set Aside or Correct his Sentence. It is further ORDERED that Petitioner shall serve upon Respondent or, if appearance has been entered by counsel, upon its attorney, a copy of every further pleading or other document submitted for consideration by the Court. He shall include with the original papers to be filed with the Clerk of Court a certificate stating the date a true and correct copy of any document was mailed to Respondent or its counsel. Any paper received by a District Judge or Magistrate which has not been filed with the Clerk or which fails to include a Certificate of Service will be disregarded by the Court. It is further ORDERED that the Clerk of the Court send a copy of the Movant's Sec. 2255 to the U.S. Attorney's office. IT IS SO ORDERED. (csw) [Entry date 01/29/96] |
| 3/26/96 | 95 | Response by USA to motion by Thelma Cosby: motion to vacate under 28 U.S.C. 2255 [93-1] (csw) [Entry date 03/26/96] |
| 7/2/96 | 96 | Order denying motion to vacate under 28 U.S.C. 2255 [93-1] as to Thelma Cosby (2). It is further ORDERED that all pending motions are DENIED as moot. (csw) [Entry date 07/04/96] |
| 7/2/96 | 97 | Judgment as to Thelma Cosby that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. Sec. 2255 is DENIED. IT IS FURTHER ORDERED THAT this case is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that all pending motions are DENIED as moot. (csw) [Entry date 07/04/96] |
| 7/12/96 | 98 | Notice of appeal by Thelma Cosby on the Order entered denying her Motion to Vacate on July 2, 1996. (csw) [Entry date 07/16/96] |

```
Docket as of July 5, 1998 3:24 am                    Page 8
Proceedings include all events.
6:93cr10-2      USA v. Mims, et al                          CLOSED

7/16/96    --      Notice of appeal and certified copy of docket to USCA: as
                   to Thelma Cosby appeal [98-1].  Copy of Notice of Appeal
                   and Transmittal Letter to Court, U.S. Attorney and Thelma
                   Cosby. (csw) [Entry date 07/16/96]

7/23/96    --      Return of appeal information sheet received. as to Thelma
                   Cosby appeal [98-1]  USCA NUMBER: 96-50544 (csw)
                   [Entry date 07/23/96]

7/30/96    99      Motion by Thelma Cosby to proceed in forma pauperis (csw)
                   [Entry date 07/31/96]

8/2/96     100     Order denying motion to proceed in forma pauperis [99-1] as
                   to Thelma Cosby (2) (csw) [Entry date 08/06/96]

8/22/96    --      Certified and transmitted record on appeal to U.S. Court of
                   Appeals: as to Thelma Cosby appeal [98-1].  Copy of
                   Transmittal Letter of Court, U.S. Attorney and Thelma
                   Cosby. (csw) [Entry date 08/22/96]

1/9/97     101     Certified copy of judgment of USCA as to Thelma Cosby
                   denying Thelma Cosby (2) count(s) 2 appeal [98-1]. Thelma
                   Cosby's notice of appeal from the dismissal of her
                   post-conviction motion under 28 U.S.C. Sec. 2255 is
                   construed as a request for issuance of a certificate of
                   appealability.  The request for issuance of a COA is
                   DENIED.  Cosby's motions for leave to proceed in forma
                   pauperis on appeal is denied. (csw) [Entry date 01/10/97]

1/9/97     --      Record on appeal returned from U.S. Court of Appeal as to
                   Thelma Cosby: appeal [98-1] (csw) [Entry date 01/10/97]

[END OF DOCKET: 6:93cr10-2]
```

```
                                            FILED
                                          JAN 12 1993
     IN THE UNITED STATES DISTRICT COURT CLERK, U.S. DIST. COURT
     FOR THE WESTERN DISTRICT OF TEXAS  BY _____ DEPUTY
                    WACO DIVISION
                                        W93CR010
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. W93CR010 |
| Plaintiff, | * | **I N D I C T M E N T** |
| v. | * | [Vio: 21 U.S.C. 846 Conspiracy to Possess With |
| WILLIE FLOYD MIMS, JR.(1) | * | Intent to Distribute and to |
| THELMA COSBY (2) | | Distribute "Crack" Cocaine; |
| CHRISTOPHER EDWARD MIMS (3) | * | 21 U.S.C. 841(a)(1)-- Possession With Intent to |
| Defendants. | * | Distribute "Crack" Cocaine] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. 846 (841(a)(1))]

That on or about December 1, 1992, in the Western District of Texas, Defendants,

WILLIE FLOYD MIMS, JR.
THELMA COSBY
and
CHRISTOPHER EDWARD MIMS

did unlawfully, knowingly and intentionally, combine, conspire, confederate and agree together and with each other to possess with intent to distribute and to distribute cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1), and in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>
[21 U.S.C. 841(a)(1)]

On or about December 1, 1992, in the Western District of Texas, Defendants,

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court.
By: _____
Deputy

1

WILLIE FLOYD MIMS, JR.
THELMA COSBY
and
CHRISTOPHER EDWARD MIMS

unlawfully, knowingly, and intentionally did possess with intent to distribute cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

RONALD F. EDERER
United States Attorney

By: _____
Assistant U. S. Attorney

AO 245 S (Rev. 4/92)(W.D.Tx. rev.) Sheet 1 -- Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

**FILED DEC 22 1993**
CLERK, U.S. DIST. COURT
BY _____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case Number W-93-CR-010(2)
USAO Number 9300222

THELMA COSBY
(TRUE NAME: THELMA RUTH COSBY),

    Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, THELMA RUTH COSBY, was represented by STANLEY L. SCHWIEGER.

On motion of the United States, the Court has dismissed Count 1.

The defendant pleaded guilty to Count 2 of the Indictment on October 28, 1993. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 21:841(a)(1) | Possession With Intent to Distribute "Crack" Cocaine | 12/01/92 | 2 |

As pronounced on December 20, 1993, the defendant is sentenced as provided in Pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $50.00 for Count 2, which shall be due immediately. Said special assessment shall be made to the Clerk, U.S. District Court.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 20th day of December, 1993.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE

Defendant's SSAN: 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
Defendant's Date of Birth: 01/20/63
Defendant's address: 2108 Edna Avenue, Waco, TX 76708

A true copy of the original, I certify.
WILLIAM G. PUTNICKI
Clerk, U.S. District Court.
By: _____
          Deputy

87

AO 245 S (Rev. 4/92)(W.D.Tx. Rev.) Sheet 2 - ...prisonment

Judgment--Page 2 of 5

Defendant: THELMA RUTH COSBY
Case Number: W-93-CR-010(2)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ONE HUNDRED SIXTY-EIGHT (168) MONTHS.

The defendant shall remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

112

AO 245 S (Rev. 10/90)(W.D.TX. rev.) Sheet 3 - Supervised Release

Judgment--Page 3 of 5

Defendant: THELMA RUTH COSBY
Case Number: W-93-CR-010(2)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

While on supervised release, the defendant shall not commit another Federal, State, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this Court (set forth below); and shall comply with the following additional conditions:

X    If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

X    The defendant shall not own or possess a firearm or destructive device.

X    The defendant shall pay any fine and special assessment that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release, at the direction of the U.S. Probation Office.

X    The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the Court or probation officer.
2) The defendant shall report to the probation officer as directed by the Court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14) The defendant shall not use or possess methadone for treatment purposes, or in any other manner, shape or form, <u>without express authority of the Court</u>.

AO 245 S (Rev. 4/91)(W.D.Tx. rev.) Sheet 5 - ...

Judgment--Page 4 of 5

Defendant: THELMA RUTH COSBY
Case Number: W-93-CR-010(2)

**FINE**

The defendant shall pay a fine of $1,800.00. This fine includes any costs of incarceration and supervision.

The Court has determined that the defendant does not have the ability to pay interest, and it is accordingly ordered that the interest requirement is waived.

This fine shall be paid as directed by the U.S. Probation Office.

If the fine is not paid, the Court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614.

114

AO 245 S (Rev. 4/91)(W.D.Tx. rev.) Sheet 7 - Statement of Reasons

Judgment--Page 5 of 5

Defendant: THELMA RUTH COSBY
Case Number: W-93-CR-010(2)

## STATEMENT OF REASONS

The Court adopts the factual findings and guideline application in the presentence report except the Court granted a 3-level reduction for acceptance of responsibility.

**Guideline Range Determined by the Court:**

| | |
|---|---|
| Total Offense Level: | 33 |
| Criminal History Category: | II |
| Imprisonment Range: | 168 months to 210 months |
| Supervised Release Range: | 3 to 5 years |
| Fine Range: | $20,000.00 to $1,000,000.00 |
| Restitution: | $-0- |

The fine is below the guideline range because of the defendant's inability to pay.

The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason: The Court sentenced at the low end of the guideline imprisonment range because of this defendant's limited involvement in the instant offense.

115

```
******************************************************************************************
RUN ON 02/02/06                    FEDERAL COURT SYSTEMS                         PAGE:  1
                                 WESTERN DISTRICT TEXAS
                                   CASE INQUIRY REPORT
******************************************************************************************

CASE NO: 6:93-CR-010-02       TITLE: USA VS THELMA COSBY
------------------------------------------------------------------------------------------
    DEFENDANT #         ORDERED AMOUNT    AMOUNT PAID    BALANCE DUE    ACCOUNT    PAYMENT TYPE
  0  COSBY, THELMA            50.00           50.00            0.00     504100     SPECIAL ASSESSMENT FEE
  0  COSBY, THELMA         1,800.00          300.00        1,500.00     504100     FINE
                          ---------         -------        --------
                          1,850.00          350.00        1,500.00

              RECEIPT/    RECEIPT/    INCREASE/      TYPE OF    ACCOUNT    DEFENDANT       U.S.        COMMERCIAL
 TRANSACTION  VOUCHER     VOUCHER    (DECREASE)     TRANS-      NUMBER     PAYEE/BANK     TREASURY       BANKS         OTHER
              NUMBER       DATE      CASE BAL       ACTION                 NUMBER
 RECEIVED   6090022310 0  07/07/94      25.00                   504100         0                                       25.00
 RECEIVED   6090025320 0  09/14/94      25.00                   504100         0                                       25.00
 RECEIVED   6003977680 1  12/01/05     100.00         CK        504100         0                                      100.00
 RECEIVED   6003979440 1  12/13/05     100.00         MO        504100         0                                      100.00
 RECEIVED   6003982490 1  01/20/06     100.00         MO        504100         0                                      100.00

 ********** CASE SUMMARY **********
 TOTAL CASE BALANCE:                  350.00

 BALANCE IN U.S. TREASURY:
 CASE DEPOSITORY MAINT. BALANCE :                                                             0.00
 BALANCE IN COMMERCIAL BANKS:
 CASE DEPOSITORY MAINT. BALANCE :                                                             0.00
 DEPOSITS TO RECEIPT ACCOUNTS:                                                                                        350.00

 TYPE OF TRANSACTION:
 AD: ADJUSTMENT-388800        AJ: ADJUSTMENT         BV: BANK VOUCHER      CH: CASH
 BD: DIRECT BANK DEPOSIT      BT: BANK TRANSFER      CC: CREDIT CARD       CR: CASE REFUND
 CK: CHECK                    CL: COLLATERAL         CN: CONVERSION        FF: FORFEITURE
 CV: CASE VOUCHER             DW: DIRECT WITHDRAWL   DV: DEBIT VOUCHER     VD: VOID
 I : INTEREST                 MO: MONEY ORDER        TR: TRANSFER
```

RECEIVED
2006 FEB -8 A 8:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA