IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:06CR42-F |
| | ) |
| **THELMA COSBY,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

BY:  /s/ R. Randolph Neeley
       R. RANDOLPH NEELEY
       Assistant United States Attorney
       Bar No.  9083-E56R

Dated: April 24, 2007

Judgment Dated  December 22, 1993

Judge:  Mark E. Fuller

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment upon Thelma Cosby, defendant, by mailing a copy of same, first class, postage prepaid, addressed to 5683 Carriage Brook Road, Montgomery, AL 36116, this the 24th day of April, 2007.

                                        /s/ R. Randolph Neeley
                                        Assistant United States Attorney

Post Office Box 197
Montgomery, AL 36101
Office: (334) 223-7280
  Fax: (334) 223-7201